IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DRUCILLA RAMONA GRAVES**,

Petitioner,

v.

**DELORES MATTEUCCI**,

Respondent.

Case No. 6:23-cv-00335-IM

**ORDER**

**IMMERGUT, District Judge.**

Petitioner brings this habeas corpus proceeding pursuant to 28 U.S.C. § 2241. The Court appoints the Federal Public Defender, 101 S.W. Main Street, Suite 1700, Portland, Oregon 97204, to represent Petitioner in this proceeding. *See* 18 U.S.C. § 3006A(a)(2)(B). The Court DIRECTS the Clerk to send the Federal Public Defender a copy of the Petition.

**IT IS SO ORDERED.**

DATED this __6th__ day of June, 2023.

Karin J. Immergut
United States District Judge

PAGE 1 – ORDER