Julie Vandiver, AR Bar 2008285
Assistant Federal Public Defender
E-mail: Julie_Vandiver@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Telephone: (503) 326-2123
Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DRUCILLA RAMONA GRAVES,             No. 6:23-cv-00335-IM

                        Petitioner,

     v.                            STATUS REPORT

DELORES MATTEUCCI,

                        Respondent.

_____

      Drucilla Graves, through undersigned counsel, submits the following status report pursuant to this Court's Order staying this case and holding it in abeyance until the completion of two related state court matters. (ECF 16).

      1.     As explained in the February status report, Ms. Graves' first state court matter involving the review of the Psychiatric Review Board is complete. *See* ECF 21.

      2.     Ms. Graves has a pending state postconviction action, *Graves v. Matteucci*, No. 19CV19813, in Marion County Court. The case was reinstated following a remand from the Oregon Supreme Court in case number S069468. The Oregon Supreme Court judgment was filed in the circuit court on February 21, 2024. An order appointing the Oregon Public Defense Commission as counsel for Ms. Graves was entered on March 1, 2024. Travis Dickey filed a notice

**Page 1  STATUS REPORT**

of representation on April 22, 2024. The state court held a status conference on October 31, 2024, and will hold a further status conference on January 23, 2025. Counsel understands that Mr. Dickey is preparing an amended petition for postconviction relief for Ms. Graves.

      3.      Unless otherwise directed by the Court, counsel will file a further status report in 60 days as required by the Court's order.

      Dated: November 12, 2024

                                  */s/ Julie Vandiver*
                                  Julie Vandiver, AR Bar 2008285