Kurt David Hermansen, CA Bar No. 166349
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Kurt_Hermansen@fd.org

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DRUCILLA RAMONA GRAVES, <br><br> *Petitioner*, <br> v. <br><br> DELORES MATTEUCCI, <br> *Respondent.* | CASE NO. 6:23-cv-00335-IM <br><br> STATUS REPORT |

Drucilla Graves, through undersigned counsel, submits the following status report pursuant to this Court's Order staying this case, and holding it in abeyance, until the completion of two related state court matters. ECF 16.

1. As explained in the February 2024 status report, Ms. Graves' first state court matter involving the review of the Psychiatric Review Board is complete. ECF 21.

2. As explained in the July 2025 status report, on July 11, 2025, the Marion County Circuit Court issued a written opinion denying postconviction relief. ECF 32.

3. On August 5, 2025, a motion for appointment of appellate counsel for the postconviction appeal and a notice of appeal were filed in the Oregon Court of Appeals.

4. On August 7, 2025, the Oregon Court of Appeals appointed Jedediah Peterson to represent Ms. Graves on appeal. The court assigned the appeal case number A188295.

5. The opening brief in the appeal is currently due November 25, 2025.

6. Given the normal course of appellate briefing, counsel respectfully suggests a further status report in 90 days.

Dated: November 24, 2025

*s/ Kurt David Hermanse*
Kurt David Hermansen
Supervisory Assistant Federal Defender

Attorney for Petitioner